# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1530
LT Case No. 2021-DP-000343-C

_____

J.J.D., FATHER OF J.D., A CHILD,

Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Collins Cooper, Judge.

J.J.D., Lake City, pro se.

Sarah J. Rumph, of Childrens Legal Services, for Appellee,
Department of Children and Families.

Sara Elizabeth Goldfarb, Director of Appeals, and Laura J. Lee,
Assistant Director of Appeals, of Statewide Guardian ad Litem
Office, for Appellee, Guardian ad Litem.

Jamie Billotte Moses, of Holland & Knight, LLP, Co-Counsel for
Appellee, Guardian ad Litem

February 16, 2024

PER CURIAM.

AFFIRMED.

HARRIS, KILBANE, and PRATT, JJ., concur.

―――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――